UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



FILED IN OPEN COURT
ON 6-10-2025
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JMA

NO. 5:25-CR-130-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| OMOYOMA CHRISTOPHER OKORO | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about March 20, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, OMOYOMA CHRISTOPHER OKORO, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by making a false statement under penalty of perjury in his naturalization application, that is:

> On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

All in violation of Title 18, United States Code, Sections 1425(a).

## COUNT TWO

On or about November 15, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, OMOYOMA CHRISTOPHER OKORO, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by

1

making a false statement under oath and penalty of perjury during his naturalization interview, that is:

1. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

2. On Part 12, Question 31 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?" he answered "No" when in fact, as he then knew, he had given U.S. Government officials false, fraudulent and misleading information on or about March 20, 2018, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

3. On Part 12, Question 32 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER lied to any U.S. government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?" he answered "No" when in fact, as he then knew, he had lied to U.S. Government officials on or about March 20, 2018, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

All in violation of Title 18, United States Code, Sections 1425(a).

## COUNT THREE

On or about December 13, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, OMOYOMA CHRISTOPHER OKORO, did knowingly

2

procure his naturalization as a United States citizen contrary to law, by knowingly making a material misrepresentation under penalty of perjury causing his acquisition of citizenship, that is:

1. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

2. On Part 12, Question 31 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?" he answered "No" when in fact, as he then knew, he had given U.S. Government officials false, fraudulent and misleading information on or about March 20, 2018, and again on or about November 15, 2018, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

3. On Part 12, Question 32 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER lied to any U.S. government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?" he answered "No" when in fact, as he then knew, he had lied to U.S. Government officials on or about March 20, 2018, and again on or about November 15, 2018, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud (two counts); and bank fraud, all crimes for which he had not then been arrested, from August 13, 2008, through January 1, 2011, in the Middle District of Pennsylvania and elsewhere.

3

All in violation of Title 18, United States Code, Sections 1425(a).

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

6 | 10 | 2025

DATE

DANIEL P. BUBAR
Acting United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney

4