UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00130-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMOYOMA CHRISTOPHER OKORO | UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE FOR AN ADDITIONAL NINETY (90) DAYS |

The defendant, Omoyoma Christopher Okoro, by and through counsel, hereby respectfully moves the Court to hold the above-captioned case in abeyance for an additional ninety (90) days until June 24, 2026. This Court previously held this case in abeyance for thirty (30) days after a decision issued from the Third Circuit in Mr. Okoro's appeal of his Middle District of Pennsylvania conviction, which is relevant to the adjudication of this case. The Third Circuit recently affirmed Mr. Okoro's judgment of conviction. *United States v. Okoro*, No. 24-2824, (3d Cir. Feb. 24, 2026). Undersigned counsel has been informed that Mr. Okoro intends to seek certiorari in the United States Supreme Court. Resolution of Mr. Okoro's appeal of his Middle District of Pennsylvania conviction will streamline the issues for this Court's consideration in this district.

In support of this Motion, Mr. Okoro states the following:

(continued on next page)

1

<u>Factual Background</u>

1. On June 10, 2025, Mr. Okoro was named in an Indictment in the Eastern District of North Carolina, charging him with three counts of naturalization fraud, all in violation of 18 U.S.C. § 1425(a). DE 1. The offense conduct alleged in all three charges is based, at least in part, on Mr. Okoro's conviction in the Middle District of Pennsylvania.

2. The Office of the Federal Public Defender was appointed to represent Mr. Okoro on July 8, 2025. DE 6. The undersigned entered her appearance on July 9, 2025. DE 10.

3. On July 8, 2025, a scheduling order issued and set Mr. Okoro's pretrial motions deadline for August 5, 2025, and his arraignment for the August 12, 2025, term. DE 9. Arraignment since has been calendared via docket entry for August 12, 2025, at 1:30 p.m. in New Bern before Magistrate Judge Kimberly A. Swank.

4. Since the outset of this case, Mr. Okoro has been incarcerated at FCI Butner where he is serving a 100-month sentenced imposed in the Middle District of Pennsylvania. His estimated release date currently is February 13, 2031. *See* BOP Inmate Locator, available at https://www.bop.gov/inmateloc/index.jsp (last visited Mar. 26, 2026).

<u>Procedural History and Relevance of Mr. Okoro's MDPA Case</u>

5. On March 27, 2019, in the Middle District of Pennsylvania, Mr. Okoro was charged with fraud by criminal complaint. *United States v. Okoro*, DE 1, No. 1:19-CR-00183-JPW-1 (M.D. Pa.). He was indicted for five counts of conspiracy to commit mail, wire, and bank fraud; mail fraud; wire fraud; and bank fraud on June 6, 2019. *Id.* at DE 19.

6. Mr. Okoro was convicted on all five counts at a September 2023 jury trial. *Id.* at DE 120.

7. He was sentenced on September 19, 2024, to, among other things, 100 months of imprisonment. *Id.* at DE 167.

8. On September 30, 2024, Mr. Okoro filed a notice of appeal. *Id.* at DE 169.

9. After briefing but without oral argument, the Third Circuit affirmed Mr. Okoro's judgment of conviction. *United States v. Okoro*, No. 24-2824, (3d Cir. Feb. 24, 2026).

10. Undersigned counsel has been informed that Mr. Okoro intends to seek certiorari in the Supreme Court.

11. The disposition of this appeal may have a significant impact on Mr. Okoro's case in the Eastern District of North Carolina. The alleged offenses here are based, at least in part, on Mr. Okoro's purported commission of fraud offenses in the Middle District of Pennsylvania. *See* DE 1.

12. The principles of judicial economy also favor holding this case in abeyance to streamline the legal issues before this Court.

13. Accordingly, Mr. Okoro respectfully requests that this case be held in abeyance for ninety (90) additional days.

14. Assistant United States Attorney Lori B. Warlick, counsel for the Government in the above-captioned case, was contacted for her position regarding this Motion and stated that she does not object to the request herein.

* * *

WHEREFORE, Mr. Okoro respectfully requests that this Court hold his case in abeyance for ninety (90) additional days until June 24, 2026.

3

Respectfully requested this 26th day of March, 2026.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Snayha M. Nath*
SNAYHA M. NATH
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Snayha_Nath@fd.org
DC Bar No. 1021111
LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LORI B. WARLICK
Assistant United States Attorney
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the above.

This the 26th day of March, 2026.

*/s/ Snayha M. Nath*
SNAYHA M. NATH
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Snayha_Nath@fd.org
DC Bar No. 1021111
LR 57.1 Counsel Appointed

5