NO. 5:25-CR-00130-FL-RN

UNITED STATES OF AMERICA

v.                                          ORDER

OMOYOMA CHRISTOPHER OKORO

This matter is before the Court on the Defendant's Unopposed Motion to Hold Case in Abeyance for an Additional Ninety (90) Days.  For good cause shown, the above-captioned case hereby is held in abeyance until June 24, 2026.  The pretrial motions deadline and arraignment hearing in this case shall be reset by notice.

It is further ordered that any delay that results from this stay is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. 3161(h)(7)(A) for the reason that the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

LOUISE W. FLANAGAN
United States District Judge