UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00130-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMOYOMA CHRISTOPHER OKORO | ORDER |

This matter is before the Court on the Defendant's Unopposed Motion to Hold Case in Abeyance. For good cause shown, the above-captioned case hereby is held in abeyance for at least thirty (30) days after the resolution of *Okoro v. United States*, No. 26-5831 (U.S. Supreme Court 2026). The pretrial motions deadline and arraignment hearing in this case shall be reset by notice.

It is further ordered that any delay that results from this stay is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. 3161(h)(7)(A) for the reason that the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

LOUISE W. FLANAGAN
United States District Judge